**ELUHU v. ROSENHAUS**

[358 N.C. 372 (2004)]

MARCEL ELUHU v. VLADIMIR ROSENHAUS

No. 498A03

(Filed 7 May 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 159 N.C. App. 355, 583 S.E.2d 707 (2003), affirming an order entered 25 March 2002 by Judge Robert H. Hobgood in Superior Court, Wake County. Heard in the Supreme Court 13 April 2004.

*Cheshire, Parker, Schneider, Bryan & Vitale, by Jonathan McGirt, for plaintiff-appellant.*

*Wyrick, Robbins, Yates & Ponton, L.L.P., by Heidi C. Bloom and K. Edward Greene, for defendant-appellee.*

PER CURIAM.

AFFIRMED.